UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: <br><br> CARMEN ASTRID BERGERON <br><br> Debtor. <br><br> CARMEN ASTRID BERGERON, <br><br> Appellant, <br><br> v. <br><br> EDMUND J. WOOD, Trustee. <br><br> Appellee. | CASE NO. C24-1682 MJP <br><br> Bankruptcy No. C23-12506-CMA <br><br> ORDER OF DISMISSAL |

This matter comes before the Court on Appellee's Motion to Dismiss. (Dkt. No. 6.) Having reviewed the Motion and all supporting materials, and noting the lack of any opposition, the Court GRANTS the Motion and DISMISSES this appeal.

There are two independent bases for dismissal.

1 First, Appellant's appeal is untimely and it must be dismissed. Any appeal must be filed fourteen days from the date of the underlying Bankruptcy Court order. See Fed. R. Bankruptcy P. 8002(a)(1). Here, Appellant filed her appeal fifteen days from the date the underlying order was entered. The late filing deprives this Court of jurisdiction and it must dismiss this action as untimely. See In re Wilkins, 587 B.R. 97, 100 (9th Cir. BAP 2018); 28 U.S.C. § 158(a).

Second, Appellant seeks to appeal an Bankruptcy Court order over which this Court lacks jurisdiction. This Court has jurisdiction only over final judgments, orders, and decrees pursuant to 28 U.S.C. § 158(a)(1). "A disposition is final if it contains a complete act of adjudication, that is, a full adjudication of the issues at bar, and clearly evidences the judge's intention that it be the court's final act in the matter." In re Slimick, 928 F.2d 304, 307 (9th Cir. 1990) (citation and quotation omitted). Here, Appellant seeks to appeal an order compelling her to cooperate with the Trustee to provide access to property for its eventual sale. This is not a final order. And, although the Bankruptcy Court may grant leave to appeal an interlocutory order, Appellant has not sought this relief from the Bankruptcy Court. Accordingly, the Court lacks jurisdiction to entertain Appellant's appeal for the independent reason that the order on appeal is not final.

For these two independent reasons, the Court GRANTS the Motion and DISMISSES this appeal for lack of jurisdiction.

The clerk is ordered to provide copies of this order to Appellant and all counsel.

Dated December 26, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 2